UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Lynch, J

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY          07 CV 3366 (GEL)
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **ORDER TO SHOW CAUSE**
RETRAINING, EDUCATIONAL AND INDUSTRY            **FOR DEFAULT**
FUND, NEW YORK CITY DISTRICT COUNCIL OF         **JUDGMENT AND ORDER**
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,

                          Plaintiffs,

              -against-

UNIQUE INSTALLERS, INC.,

                          Defendant.
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

     UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 25th day of June, 2007 and all of the proceedings had herein, let Defendant Unique Installers, Inc., appear before Judge Gerard E. Lynch at this Federal Courthouse, Courtroom 6-B, located at 500 Pearl Street, New York, NY, 10007 on the 23 day of July, 2007 at 2 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against Unique Installers, Inc. and in favor of plaintiffs, confirming an arbitration award dated February 20, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before __5:00__ P.M. on the __2d__ day of __July__, 2007 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before __July 17__, 2007; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
      __Jun 26__, 2007

_____
Honorable Gerard E. Lynch
United States District Judge

Exhibit A    Exhibit B    Exhibit C    Exhibit D    Exhibit E    Exhibit F